UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE Mag JUDGE: __Chrein__   DATE: __6/10/97__   TIME: __2:00 P.M.__

DOCKET # __96 CR 965 (ERK)__   TITLE: U.S.A. -v- _____

DEFENDANT'S NAME: __John Dippolito__   DEFT # ____ ATTORNEY __David Seculer__
__present __not present __in custody _X_ on bail        _X_ CJA __RET __LAS

DEFENDANT'S NAME: _____   DEFT # ____ ATTORNEY _____
__present __not Present __in custody __on bail         __CJA __RET __LAS

DEFENDANT'S NAME: _____   DEFT # ____ ATTORNEY _____
__present __not present __in custody __on bail         __CJA __RET __LAS

ASSISTANT U. S. ATTORNEY: __James Walden__   Deputy Clerk: __Coleman__
COURT REPORTER(S): __97/49(0-1100)__
INTERPRETER(S): _____

CRIMINAL CAUSE FOR PLEADING OR REPLEADING

_X_ Case called

__ First appearance of deft(s) _____

__ Deft(s) _____ appear(s) with counsel

__ Deft(s) _____ Present w/o counsel(s)

__ Counsel(s) present w/o deft(s) _____

__ Arraignment for deft(s) _____ adjd to _____

__ Rearraignment for deft(s) _____ adjd to _____

_X_ Deft(s) _____ sworn

_X_ Deft(s) _____ arraigned

__ Deft(s) _____ rearraigned

_X_ Deft(s) _____ informed of rights.

__ Deft(s) _____ waive(s) trial before the District Court.

__ Deft(s) state(s) true name(s) to be:

(former stated name) _____ = (true name) _____

(former stated name) _____ = (true name) _____

(former stated name) _____ = (true name) _____

(over)

__Waiver(s) of indictment(s) executed for deft(s)_____

__Superseding indictment(s) filed for deft(s)_____

__Superseding information(s) filed for deft(s)_____

__Deft(s)_____failed to appear/

__Court orders bench warrant(s) to be issued.

P L E A

X Deft(s)_____enter(s) GUILTY PLEA to count(s) _____2_____ of (superseding) indictment/~~information~~.

__Deft(s)_____Withdraw(s) not guilty plea and enter(s) GUILTY PLEA to count(s)_____ of (superseding) indictment/information.

X Court finds factual basis for the plea *to Count 2*

__Deft(s)_____enter(s) NOT GUILTY PLEA to all charges.

__Deft(s)_____enter(s) NOT GUILTY PLEA TO superseding indictment/information.

__Deft(s)_____enter(s) NOLO CONTENDERE PLEA to count(s) _____ of (superseding) indictment/information.

__Bail set at_____ for deft(s)_____

__Bail continued for deft(s)_____.

X Deft(s) *John Anthony DiPpolito* continued *on present* ~~in custody~~ *bond*.

__Deft(s)_____continued on present bond.

__Case adjourned to _____ for conference/hearing.

__Jury selection set for _____ regarding deft(s)_____

__Trial date set for _____ regarding deft(s)_____

X Sentencing *will be* set ~~by~~ *Probation Dept.* ~~regarding deft(s)~~ *before* ~~Judge~~ *Judge Korman*

__Presentenc investigation waived for deft(s)_____

__Speedy Trial information on deft(s)_____

Code Type:\_\_\_ //new //still in effect //order //waiver

__Start date:_____ Stop date:_____

__excludable delay entered on the record.

OTHER: *Court orders the records of these proceedings* ~~ordered~~ *sealed except 1 copy of transcript to be provided* ~~Judge~~ *Korman and 1 copy each for counsel.*