**DOCKET NUMBER:** CR-96-965     **CRIMINAL CAUSE FOR** SENTENCING
**BEFORE JUDGE:** KORMAN   **DATE:** 5/28/2010   **TIME IN COURT** ___ HRS 40 MINS

**DEFENDANT'S NAME:** JOHN DIPPOLITO      **DEFENDANTS #** _____
- [x] Present   ☐ Not Present   ☐ Custody   [x] Not Custody

**DEFENSE COUNSEL:** DEVERAUX CANNICK
☐ Federal Defender   [x] CJA   ☐ Retained

**A.U.S.A.:** WHITMAN KNAPP       **Case Manager:** PaulaMarie Susi
**ESR** ___     **INTERPRETER:** _____     **LANGUAGE:** _____

☐ Revocation of Probation non contested   ☐ Revocation of Probation contested
[x] Sentencing non-evidentiary   ☐ Sentencing Contested
☐ Revocation of Supervised Release evidentiary   ☐ Revocation of Supervised Release non-evidentiary

[x] CASE CALLED.   [x] **COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.**
__ SENTENCING ADJ'D TO _____.
[x] SENTENCING HELD.   [x] STATEMENTS OF DEFT AND COUNSEL HEARD.
[x] DEFT SENTENCED ON COUNT(S) _____

**SENTENCE TEXT:**
CAG T/S; 5yrs SR UNSUPERVISED. $100 SA.

RMG OPEN COUNTS ARE DISMISSED ON   [x] GOVTS   __ COURT'S MOTION
[x] *COURT ADVISED DEFT OF RIGHT TO APPEAL.*   [x] I.F.P. GRANTED.
__ *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*
__ DEFT REMANDED.   __ DEFT ON BAIL PENDING APPEAL.

**UTILITIES**
☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
[x] ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   ☐ NO
**TEXT** (IU.I granted)